Randall B. Bateman (USB 6482)
Lyndon R. Bradshaw (USB 15097)
DURHAM JONES & PINEGAR
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
(801) 415-3000
rbateman@djplaw.com; lbradshaw@djplaw.com; nbladen@djplaw.com

*Attorneys for Plaintiff Lone Star Promotions, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| LONE STAR PROMOTIONS, LLC, a Florida limited liability company<br><br>Plaintiffs,<br>vs.<br><br>ABBEY LANE QUILTS, LLC, a Florida limited liability company; ABBEY LANE QUILTS, a Florida at-will partnership, and JANICE LILJENQUIST, an individual<br><br>Defendants. | Case No. 1:18-cv-00073-DAK-EJF<br><br>**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**<br><br>Judge Dale A. Kimball<br><br>Mag. Judge Evelyn J. Furse |

The Court, having considered Plaintiff's Motion for TRO/Preliminary Injunction Barring the Utah State District Court In and For Weber County, Utah from Interfering with the Copyrights of Plaintiff Lone Star Promotions, LLC and finding good cause therefore:

The Court finds that the injunction barring Owen or Lone Star from using the patterns designed by Owen/Lone Star violates 17 U.S.C. § 301 and 28 U.S.C. § 1338(a). The Utah State District Court In and For Weber County, Utah lacks jurisdiction to interfere with Lone Star's copyrights and is hereby enjoined from enforcing that provision of its injunction.

SLC_3886094.1

The Court finds that the injunction requiring Owen to remain a partner or member of Abbey Lane Quilts partnership and/or Abbey Lane Quilts, LLC is a violation of the Thirteenth Amendment to the United States Constitution and Article I, Section 21 the Utah Constitution. The Court hereby enjoins the Utah State District Court In and For Weber County, Utah from enforcing that provision of its injunction. To the extent that Owen has not dissociated from either entity, she may do so at her convenience.

Dated this _____ day of _____, 201___.

_____
Dale A. Kimball
United States District Judge