# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LONE STAR PROMOTIONS, LLC, and MARCEA OWEN,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBEY LANE QUILTS, LLC, et al.,<br><br>Defendants, | **MEMORANDUM DECISION AND ORDER CONSOLIDATING CASES**<br><br>Case No. 1:18CV73DAK<br><br>Judge Dale A. Kimball |

This matter is before the court on Plaintiffs' Motion to Consolidate. Plaintiffs seek to have Case No. 1:19CV35BSJ consolidated into the above-captioned action before this court. Defendants have not opposed the motion, but the time for filing an opposition to the motion has passed. Plaintiffs filed a Request to Submit for Decision indicating that Defendants have not requested an extension of time to file an opposition. Accordingly, the court considers the motion fully briefed.

Under Rule 42 of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). Under the local rules of this District, consolidation is appropriate where the cases "arise from substantially the same transaction or event; (2) involve substantially the same parties or property; . . . (4) call for determination of substantially the same questions of law; or (5) for any other reason would entail substantial

duplication of labor or unnecessary court costs or delay if heard by different judges." DUCivR 42-1(a).

The two present cases involve the same parties and the same legal questions regarding the alleged copyright ownership and infringement of potentially jointly created works. For these reasons and reasons of judicial economy and efficiency, the court consolidates Case No. 1:19CV35BSJ into the above-captioned action.

DATED this 13th day of May, 2019.

                                                      _____
                                                     DALE A. KIMBALL
                                                     United States District Judge